UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
UNITED STATES OF AMERICA,              :     Civil Action No.
                                       :
         Plaintiff,                  :
                                       :
  -against-                           :
                                       :
YI SOON BAKERY, INC. and KUNG HUNG,    :     **COMPLAINT**
                                       :
                                       :
                                       :
         Defendants.                 :
---------------------------------------------------------------X

The UNITED STATES OF AMERICA, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, acting on behalf of the United States Department of Agriculture ("USDA"), as and for its complaint against Defendants Yi Soon Bakery, Inc. and Mr. Kung Hung (collectively "Defendants"), hereby alleges as follows:

**Nature of the Action**

1. This is a civil action for injunctive and other relief against Defendants, pursuant to the Federal Meat Inspection Act, as amended, 21 U.S.C. § 601 et seq. ("FMIA") to prohibit the Defendants from selling and offering to sell in commerce uninspected meat food products.

2. This action seeks redress for Defendants' violations of 21 U.S.C. § 610(c)(2).

**Jurisdiction and Venue**

3. This Court has jurisdiction over the subject matter of this action pursuant to 21 U.S.C. § 674 and 28 U.S.C. § 1345.

4.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1395 because the violations took place in this District and Defendant Hung has its principle place of business in this District.

### The Parties

5.     Plaintiff is the United States of America.

6.     Yi Soon Bakery, Inc., is a company incorporated in the state of Massachusetts with its principal place of business at 112 Brighton Avenue, Allston. MA 02134.  Mr. Kung Hung is the president of Yi Soon Bakery.  Defendants operates a bakery and retail in the State of Massachusetts and within the jurisdiction of this Court.  Defendant does not operate under a grant of federal inspection to process meat food products under the FMIA.

### Statutory Background

7.     The FMIA grants the Secretary the power to regulate and inspect meat and meat products distributed in interstate or foreign commerce.  See 21 U.S.C. §§ 602-604 and 615.

8.     Meat slaughter and processing operations and transactions wholly within a state may be regulated, if a state is designated by the Secretary as one governed by its provisions.  See 21 U.S.C. § 661(c)(1), 9 C.F.R. § 331.2.

9.   Pursuant to 21 U.S.C. § 661(c)(1), the requirements of Titles I and IV of the FMIA (21 U.S.C. §§ 601-624 and 671-680) are applicable to intrastate operations and transactions wholly within Massachusetts.

10.     Section 3(a) of the FMIA provides that, for the purpose of preventing the entry into or flow or movement in commerce of, or the burdening of commerce by, any meat product which

is capable of use as human food and is adulterated, the Secretary shall cause to be made by inspectors <u>ante mortem</u> inspection of meat in each official establishment processing meat or meat products for commerce.  <u>See</u> 21 U.S.C. § 603(a).

11. Sections 4-6 of the FMIA provides that the Secretary, whenever processing operations are being conducted, shall cause to be made by inspectors <u>post mortem</u> inspection of each carcass.  <u>See</u> 21 U.S.C. §§ 604 and 606.

12. Section 10(c)(2) of the FMIA provides that no person shall sell, transport, offer for sale or transportation, or receive for transportation, in commerce, any poultry products required to be inspected under the FMIA unless they have been so inspected and passed. <u>See</u> 21 U.S.C. § 610(c)(2).

**<u>Violations</u>**

13. On or about January 16, 2012,  Defendants sold and transported approximately thirty (30) pounds of non-federally inspected meat and meat food products that were capable of use as human food  to Bangkok Market, Inc. in Lowell, MA for re-sale, in violation of the FMIA.

14. In accordance with 9 C.F.R. § 335.40, the Food Safety and Inspection Service (FSIS) sent Defendants a certified letter dated February 16, 2012, that set forth Defendants' latest violation, and giving Defendants an opportunity to present any additional views regarding the violation. Defendants responded by letter through their attorney on February 29, 2012, however, the response did not change FSIS' opinion that enforcement action was warranted.

15. Yi Soon Bakery received three prior Notice of Warning letters from FSIS on January 26, 2010 and March 15 and October 26, 2011 for similar violations.

**Claim for Relief - Permanent Injunction Pursuant to 21 U.S.C. § 674**

16. The allegations in paragraphs 1 through 15 are incorporated by reference as though set forth fully herein.

17. Section 404 of the FMIA, 21 U.S.C. § 674, provides that "[t]he United States district courts . . . are vested with jurisdiction specifically to enforce, and to prevent and restrain violations of, this Act, and shall have jurisdiction in all other kinds of cases arising under this Act, except as provided in section 7(e) of this Act."

18. On or about January 16, 2012, and other dates, Defendants prepared, sold, and transported meat and meat products in violation of 21 U.S.C. § 610(c)(2) because the meat and meat products were not inspected and passed as required by the FMIA and the regulations promulgated thereunder.

19. Such preparation, sale, and transportation of meat and meat food products did not occur under any exemption from the FMIA, including but not limited to, the exemption for the custom slaughter and processing of meat and meat products under section 23(a) of the FMIA. See 21 U.S.C. 623(a).

20. Accordingly, Plaintiff United States of America is entitled to a permanent injunction to enforce the FMIA, and to prevent and restrain Defendants from continuing to violate the FMIA.

WHEREFORE, the United States respectfully requests that this Court grant the following relief:

    A. An order compelling Defendants to comply with all applicable requirements of the FMIA, as well as the regulations promulgated thereunder;

    B.    An order permanently enjoining and restraining the Defendants and their employees, agents, representatives, successors and assigns, and any and all persons in active concert or participation with any or all of them, from preparing, selling, and transporting non-Federally Inspected meat and meat products in violation of the FMIA and from engaging any such future violations of the FMIA;

    C.    Award the United States its costs and disbursements of this action; and

    D.    Grant the United States such other and further relief as this Court deems just and proper.

Dated: December 21, 2012

                                      CARMEN M. ORTIZ
                                      United States Attorney

By:    /s/ *Brian Pérez-Daple*
        BRIAN A. PÉREZ-DAPLE
        Assistant U.S. Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        Brian.Perez-Daple@usdoj.gov