## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
                         Plaintiff,         :
                                            :
        v.                                  :   Civil Action No. 12-12390
                                            :
YI SOON BAKERY, INC. and KUNG HUNG,         :
                                            :
                         Defendants.        :
                                            :
                                            :
-----------------------------------------------------------------x
```

## UNITED STATES' ASSENTED-TO MOTION
## TO ENTER CONSENT DECREE

The plaintiff United States of America, with the consent of the defendants, Yi Soon

Bakery, Inc. and Kung Hung, hereby moves the Court to enter the attached consent decree. The

grounds for this motion are set forth in the accompanying memorandum in support of this

motion.

ALLOWED
and So Ordered

Wolf. D J
Arril 19, 2013

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    /s/ Brian Pérez-Daple
BRIAN PÉREZ-DAPLE
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Telephone: (617) 748-3100
Brian.Perez-Daple@usdoj.gov

Dated: December 21, 2012

1